**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OAK TREE TOWN CENTER LLC, a California limited liability company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 5:21-cv-01631-JWH-SHKx<br><br>*Hon. John W. Holcomb*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: September 27, 2021<br>Trial Date:　Not on Calendar |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court, having considered the documents before it, and being fully advised, hereby **ORDERS** as follows:

Plaintiff Phillip Walker's action against Defendant Oak Tree Town Center LLC is **DISMISSED with prejudice**.  Each party will be responsible for its own fees and costs.

**IT IS SO ORDERED.**

Dated:  January 6, 2022

Hon. John W. Holcomb
United States District Judge